## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dominick Rodriguez, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Titan Casing LLC,<br><br>　　　　　Defendant. | **ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENT**<br><br>Case No. 1:16-cv-290 |

　　　Before the Court is a "Joint Motion for Settlement Approval and Dismissal of Lawsuit with Prejudice" filed on November 26, 2018. See Doc. Nos. 50 and 51. The parties jointly seek approval of a settlement resolving collective claims for a wage dispute under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. The parties have submitted the settlement agreement to the Court for review and approval.

　　　Settlement agreements to resolve FLSA claims typically require court approval. See 29 U.S.C. § 216; King v. Raineri Const., LLC, 2015 WL 631253, No. 4:14-cv-1828, *2 (E.D.Mo. Feb. 12, 2015). The Court has carefully reviewed the motion and the terms of the proposed settlement agreement and determines that it is a fair and reasonable resolution of a bona fide dispute between the FLSA class members and the Defendants. The Court **GRANTS** the motion (Docket Nos. 50 and 51) and **APPROVES** the parties' settlement agreement. The parties shall administer the settlement of the claims of the FLSA class members as set forth in the settlement agreement. The case is **DISMISSED** with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2018.

*/s/ Daniel L. Hovland*

Daniel L. Hovland, Chief Judge
United States District Court
